IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:19-mj-477 |
| AARON ALLEN LONG, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Officer Carolyn A. Petrovitch, being duly sworn, state the following:

1. I entered on duty with the Security Protective Service ("SPS") of the Central Intelligence Agency ("CIA") in January 2010. I graduated from the Federal Law Enforcement Training Center ("FLETC") in September 2010. Following my graduation, I received additional CIA-specific training prior to being assigned as an officer at various CIA installations.

2. This affidavit is submitted in support of a criminal complaint charging AARON ALLEN LONG with criminal trespass at 13900 Air and Space Museum Parkway in Herndon, Virginia, in violation of 32 C.F.R. § 1903.7(a), which prohibits entering or remaining on any CIA installation without proper authorization.

3. 13900 Air and Space Museum Parkway is an "Agency installation" as defined by 32 C.F.R. § 1903.1.

4. The facts and information contained in this affidavit are based upon my personal knowledge and observations during the course of this investigation, information conveyed to me by other individuals, including law enforcement officers, and my review of records, documents,

and other physical evidence obtained during the investigation. This affidavit contains information necessary to support probable cause, and it is not intended to include each and every fact and matter observed by me or known to the government.

5. On Thursday, November 7, 2019, at approximately 9:00 a.m., officers at 13900 Air and Space Museum Parkway in Herndon, Virginia were alerted to a person attempting to enter the facility by climbing a security fence. Officers moved to the scene and approached the Defendant, ordering him to stop. Officers detained the Defendant and identified him by his Florida Driver's License as AARON ALLEN LONG. Officers asked the Subject why he was climbing the fence, and he stated that "Jesus sent him to that location and to jump over that fence, even if it got him arrested."

6. Near the point where the Defendant attempted to climb the fence and waited for the taxi are signs which read in relevant part:

"WARNING

RESTRICTED

U.S. GOVERNMENT

INSTALLATION

EMPLOYEES AND OFFICIAL VISITORS ONLY

IT IS UNLAWFUL TO ENTER

OR ATTEMPT TO ENTER

THIS INSTALLATION WITHOUT

PROPER AUTHORIZATION."

7. Officers then transported the Defendant to an interview room, cited the Defendant with trespassing, and asked him to depart. At that time, the Defendant stated that he was willing to take a taxi to a shelter, and an Officer called a taxi to pick up the Defendant. Before the Taxi arrived, the Defendant stated that he was going to run and that the Officer was going to "have to tackle him and arrest him." The Defendant then quickly moved from the bench he was sitting on towards an adjacent bench and then sat down. When the taxi arrived, the Defendant refused to get in the taxi and stated that he would not leave because he wanted to go to jail. Officers then arrested the Defendant.

8. Based on the foregoing, I submit there is probable cause to believe that on or about November 7, 2019, within the Eastern District of Virginia, AARON ALLEN LONG did enter or remain on a CIA installation without authorization, in violation of 32 C.F.R. § 1903.7(a).

C. A. Petrovitch
Officer Carolyn A. Petrovitch
Security Protective Service
Central Intelligence Agency

Subscribed and sworn to before me
This 7th day of November 2019.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Honorable Theresa C. Buchanan
United States Magistrate Judge
Alexandria, Virginia